UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PRIVILEGE UNDERWRITERS
RECIPROCAL EXCHANGE, INC.
(PURE),

    Plaintiff,

v.                                    Case No:  2:16-cv-890-FtM-38MRM

HOBBICO, INC.,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on the Stipulation of the Parties to Remand to State Court (Doc. #9) filed on January 10, 2017.  As the parties agree that there is no basis for federal subject-matter jurisdiction, the parties have agreed to the remand of the Complaint.  The request will be granted.

Accordingly, it is now

**ORDERED:**

1. The Clerk is **directed** to remand the case to the Circuit Court of the Twentieth Judicial Circuit, in and for Collier County, Florida, and to transmit a certified copy of this Order to the Clerk of that Court.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

2. The Clerk is further **directed** to terminate any pending motions and deadlines, and to close this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of January, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record